# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 20-cr-10023-GAO |
| ) | |
| BERNARDITO CARVAJAL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATIONS

The United States of America and the defendant Bernardito Carvajal, by and through the undersigned, hereby enter into the following stipulations and agree to the following facts:

1. Exhibit 65, a White iPhone, Model A1532, assigned phone number 351-277-9880, was seized from the defendant's vehicle on July 31, 2019 and is the defendant's cellular phone. Exhibits 12, 12-1, 12-2, 15 – 34 were taken from an authenticated forensic extraction of Exhibit 65, the defendant's cellular phone.

2. Exhibit 66, a Samsung Galaxy S9, provided to the DEA by Philip Tonks on August 22, 2019, is a cellular phone belonging to Richard Tonks assigned phone number 978-409-5045. Exhibits 4, 13, 13-1, 14, 14-1, and 36 were taken from an authenticated forensic extraction of Exhibit 66, Richard Tonks's cellular phone. Exhibit 11 contains authenticated photographs taken of Richard Tonks's cellular phone

3. Exhibits 40 – 45 are records of historical cellular-site data from the cellular phones assigned phone numbers 339-213-9219, 351-277-9880, and 978-409-5045, obtained from the T-Mobile and Sprint. Exhibits 40 – 45 are authenticated records of regularly conducted activities at those companies.

4. Exhibit 61, also shown in Exhibit 58, was seized by agents and officers of the DEA on July 31, 2019 from the defendant, Bernardito Carvajal.

5.  The following exhibits, also shown in Exhibits 5-1 through 5-5, were collected by officers of the Andover Police Department on June 20, 2019 from the home of Richard Tonks, 51 Rocky Hill Road, Andover, Massachusetts, and later transferred to agents and officers of the DEA:

   a. Exhibit 62-1;

   b. Exhibit 62-2;

   c. Exhibit 62-3; and

   d. Exhibit 62-4.

Respectfully submitted,

| NATHANIEL R. MENDELL | BERNARDITO CARVAJAL |
|---|---|
| Acting United States Attorney | |
| By: /s/ Stephen W. Hassink | By: /s/ Lenore Glaser |
| Elysa Wan | Lenore Glaser |
| Stephen Hassink | Eduardo Masferrer |
| Assistant U.S. Attorneys | Attorneys for Defendant |

Date: November 9, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ *Stephen Hassink*
Stephen Hassink
Assistant United States Attorney

Date: November 9, 2021