UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 20-10023-GAO

UNITED STATES OF AMERICA,

v.

BERNARDITO CARVAJAL, a/k/a "Christian Mendez-Acevedo,"
Defendant.

ORDER
November 12, 2021

O'TOOLE, S.D.J.

After hearing, the Court makes the following rulings on the pending motions in limine:

The government's Motion in Limine to Introduce Evidence of Defendant's Prior Drug Dealing with the Victim and Other Drug Customers (dkt. no. 91) is GRANTED, and the defendant's related Motion in Limine to Preclude the Admission of Alleged Prior Drug Sales Pursuant to Federal Rules of Evidence 404(b) and 403 (dkt. no. 97) is DENIED.

The government's Motion in Limine to Allow Victim's Family to Attend Full Trial Proceedings (dkt. no. 92) is GRANTED in part and DENIED in part. Family members who are expected to testify may not be present in the courtroom during opening statements. After opening statements, the decedent's father and grandfather may be present in the courtroom. See 18 U.S.C. § 3771(a)(3). The decedent's girlfriend shall be sequestered from the courtroom until she testifies. See Fed. R. Cr. P. 615.

The defendant's Motion in Limine Regarding the Testimony of An Expert Witness (dkt. no. 99) is DENIED as the defendant's criticisms go to weight, rather than admissibility. The government's related Daubert Motion to Prevent Dr. Arden from Opining that Dr. Bird is

Unqualified to Offer an Opinion on the Cause of Death (dkt. no. 93) is GRANTED to the limited extent that Dr. Arden may not testify concerning Dr. Bird's qualification as an expert. That is a question of law for the Court. However, Dr. Bird's opinions and the reasons for them are subject to criticism by Dr. Arden.

The defendant's Motion in Limine to Exclude Evidence of Alleged Use of Aliases and to Strike Aliases from Documents Shown to Jury (dkt. no. 96) is DENIED for substantially the same reasons articulated by the government in its opposition.

The defendant's Motion in Limine Regarding the Use of 911 Call Recordings (dkt. no. 98) is GRANTED under Rules 401 and 403 of the Federal Rules of Evidence.

The government's sealed Motion for a Protective Order (dkt. no. 103) is GRANTED.

The defendant's Motion in Limine to Preclude the Admission of Testimony Regarding Cell Tower Locations and Request for An Evidentiary Hearing (dkt. no. 105) is DENIED.

The defendant's motion in limine styled as Opposition to the Government's Motion to Introduce Multiple Hearsay Statements into Evidence (dkt. no. 116) is DENIED without prejudice subject to specific objections as the testimony develops at trial.

The defendant's request for juror information prior to trial is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge