UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 1:20-cr-10023-GAO<br>) |
| BERNARDITO CARVAJAL, a/k/a<br>"Christian Mendez-Acevedo," | )<br>)<br>)<br>) |
| Defendant | ) |

## AMENDED JOINT PRETRIAL MEMORANDUM

The government amends the witness list, previously submitted in the Joint Pretrial Memorandum (dkt. no. 100), to add Det. James Moses of the Andover Police. Det. Moses may testify in the place of Officer Joseph Lamagna who may be unavailable due to health issues.

1. <u>List of Names of Witnesses Who Will Testify at Trial</u>

   a. Dr. Steven Bird, Medical Toxicology Specialist, UMass Memorial Medical Center, Worcester, MA (government expert witness)

   b. Kevin Carney, Lawrence, MA (fact witness)

   c. Morgan Miles, Shirley, MA (fact witness)

   d. Philip Tonks, Andover, MA (fact witness)

   e. Richard Tonks, Andover, MA (fact witness)

   f. Detective Matthew Hughes, Andover Police Dept. (fact witness)

   g. Officer Joseph Lamagna, Andover Police Dept. (fact witness)

   h. Officer James Moses, Andover Police Dept. (fact witness)

   i. Detective Michael Lane, Andover Police Dept. (fact witness)

   j. Chemist Michelle G. Camilleri, DEA (government expert witness)

   k. Special Agent Glen Coletti; DEA (fact witness)

l. Chemist Yuriy Uvaydov, DEA (government expert witness)

m. Special Agent Kevin Hoyland, FBI (government expert witness)

n. Dr. Maria Capo-Martinez, Medical Examiner at the Massachusetts Office of the Chief Medical Examiner (government expert witness)

o. Monique Oles, MA State Police Crime Lab Toxicologist (government expert witness)

p. Joseph Nicholls, Gloucester, MA (defense expert witness)

q. Dr. Jonathan Arden, McLean, VA (defense expert witness)

r. Dr. Robert Powers, Easthampton, CT (defense expert witness)

s. Dr. Elizabeth A. Laposata, Providence, RI (defense expert witness)

November 15, 2021

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: *Elysa Q. Wan*
ELYSA Q. WAN
STEPHEN W. HASSINK
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

      I, Elysa Q. Wan, Assistant U.S. Attorney, do hereby certify that on November 15, 2021, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

                                                      */s/ Elysa Q. Wan*
                                                      Elysa Q. Wan
                                                      Assistant U.S. Attorney