UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 20-CR-10023-GAO |
| ) | |
| BERNADITO CARVAJAL, ) | |
| ) | |
| Defendant. | |

### DEFENDANT'S SUPPLEMENT TO HIS JURY INSTRUCTIONS ALREADY FILED.

Pursuant to Fed. R. Crim. P. 30, defendant, Bernadito Carvajal, requests the Court to include the following instructions in its charge to the jury in addition to the instructions previously filed. . Defendant reserves the right to further supplement these instructions.

The defendant also requests that the Court provide the Jury with the attached verdict form.

Respectfully Submitted,

BERNADITO CARJAVAL
By his attorneys,

_____
Eduardo Masferrer BBO# 644623
Lenore Glaser, Esq. BBO# 194220
Masferrer & Associates, P.C.
45 Bromfield St., 5th Floor
Boston, MA 02108
(617) 531-0135

**Certificate of Service**
**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on :November 19, 2021.**

**/s/ Lenore Glaser**

INSTRUCTION ON THE ELEMENTS OF THE CHARGES.

COUNT ONE : Distribution of fentanyl and cocaine resulting in death.

Count One of the Indictment charges that the defendant on or about June 12, 2019, in Lawrence, Massachusetts and elsewhere, did knowingly and intentionally distribute a substance and mixture containing Fentanyl, a Schedule II controlled substance and that on June 12,2019, in Lawrence and elsewhere the defendant distributed a substance and mixture containing cocaine , a Schedule II controlled substance and that the use of these substances resulted in the death of R.T.

I have previously instructed you that the indictment is not evidence, I will now instruct you on the elements of this charge.   In order to find Mr. Carvajal guilty of this charge, the government must prove, beyond a reasonable doubt, all the following elements :

1. The defendant distributed a substance or mixture containing fentanyl. I instruct you that fentanyl is a controlled substance. Distribution means that the defendant delivered or transferred a substance or mixture that contained fentanyl.

2. The distribution was knowing and intentional on the part of the defendant.  That is, the distribution was not the result of a mistake or accident.

3. The defendant distributed a substance or mixture containing cocaine. I instruct you that cocaine is a controlled substance. Distribution means that the defendant delivered or transferred a substance or mixture that contained fentanyl.

4. The distribution was knowing and intentional on the part of the defendant. That is, the distribution was not the result of a mistake or accident.

5. The use of particular fentanyl distributed by the defendant on or about June 12 2019, and the use of particular cocaine distributed by the defendant on or or about June 12,2019 resulted in the death of R.T. In order to prove this element, you must be convinced, beyond a reasonable doubt, that but for the use of these substances, R.T. would have lived. There must be evidence that R.T. would have lived but for the fentanyl and cocaine use. The government is not required to prove that the defendant intended to cause the death of R.T..

*Burrage v. United States*, 134 S. Ct. 881, 887, 892 (2014), First Circuit pattern instructions.

COUNT TWO :  Distribution of Fentanyl.

Count Two of the indictment charges that on July 31,2019, in Haverhill, Massachusetts, the defendant did knowingly and intentionally distribute a mixture of substance containing Fentanyl, a Schedule II controlled substance. In order to find Mr. Carvajal guilty of this charge, the government must prove, beyond a reasonable doubt, all the following elements :

1. The defendant distributed a substance or mixture containing Fentanyl. I instruct you that Fentanyl is a controlled substance. Distribution means that the defendant delivered or transferred a substance or mixture that contained Fentanyl.

2. The distribution was knowing and intentional on the part of the defendant.  That is, the distribution was not the result of a mistake or accident.

First Circuit Pattern Instructions.

## FAIR AND IMPARTIAL JURORS.

You swore that you would be fair and impartial, and we hold you to that promise . You must determine the facts without fear, without prejudice, without favor, and without regard to anything that is not part of the evidence in this case . You may not consider your personal feelings, your sympathy or antipathy for any witness, the lawyers, the defendant or the crime charged . You may not take into account any extraneous issues or decide this case based on guesswork, speculation or anything you have heard outside this courtroom . You may not speculate on what might, or might not happen in this case . If there are gaps in the evidence, you may not fill those gaps with your prejudices or speculations .

First Circuit Pattern Instructions.

## Opinion Testimony

You have heard the testimony of some witnesses who testified as opinion witnesses. You do not have to accept the witnesses' opinions. In deciding how much weight to give to their opinions, you should consider each witness's qualifications and how each witness reached his or her conclusions. Also, consider the other factors discussed in these instructions for weighing the credibility of witnesses. Remember that you alone decide how much of a witness's testimony to believe, and how much weight it deserves.