UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 20-10023-GAO

UNITED STATES OF AMERICA,

v.

BERNARDITO CARVAJAL, a/k/a "Christian Mendez-Acevedo,"
Defendant.

## JURY VERDICT

O'TOOLE, S.D.J.

**I.** **Count One**

1. As to Count One of the Indictment charging the defendant with distribution of a mixture or substance containing a detectable amount of fentanyl and/or cocaine on or about June 12, 2019, we find the defendant:

    _____ NOT GUILTY   \_\_\_X\_\_\_ GUILTY

*If you answered GUILTY, proceed to the following two questions.*

*If you answered NOT GUILTY, proceed to Section II.*

2. We unanimously find beyond a reasonable doubt that the defendant distributed the following:

    Cocaine      YES _____    NO \_\_X\_\_\_

    Fentanyl     YES \_\_X\_\_\_      NO _____

3. We unanimously find beyond a reasonable doubt that the death of Richard Tonks resulted from the use of one or more of the substances distributed by the defendant.

YES _____    NO \_\_X\_\_\_\_

*Regardless of your responses to Questions 2 and 3, proceed to Section II.*

## II.   Count Two

1. As to Count Two of the Indictment charging the defendant with distribution of a mixture or substance containing a detectable amount of fentanyl on or about July 31, 2019, we find the defendant:

_____ NOT GUILTY    \_\_X\_\_ GUILTY

*Please date and sign the verdict slip.*

The foregoing represents the unanimous decision of the jury.

\_\_11/22/2021\_\_   \_\_[signature]\_\_
DATE             FOREMAN