AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| BERNARDITO CARVAJAL | Case Number: 20-10023-GAO |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'TOOLE | WAN, HASSINK | MASFERRER, GLASER |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/17/21-11/22/21 | SILVA | LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government Witness- Joseph Lamagna-Sworn 11/17/21 |
| | | | | | Government Witness- Morgan Miles-Sworn 11/17/21 |
| | | | | | Government Witness-PhillipTonks-Sworn 11/17/21 |
| | | | | | Government Witness-Richard Tonks-Sworn 11/17/21 |
| | | | | | Government Witness-Glen Coletti-Sworn 11/17/21 |
| 61 | | 11/17/2021 | x | x | Evidence Bag of exhibit 58 |
| 66 | | 11/17/2021 | x | x | Richard Tonks Cell Phone in bag |
| 67 | | 11/18/2021 | x | x | Sealed evidence bag with items from cigar box. |
| 62-1 | thru | 11/18/2021 | x | x | drugs recovered from cigar box |
| 62-4 | | | | | |
| 65 | | 11/18/2021 | x | x | Apple I Phone recovered from the defendant at time of arrest |
| | | | | | Government Witness-Kevin Carney-Sworn 11/18/21 |
| | | | | | Government witness-Maria Capo-Martinez-Sworn 11/18/21 |
| | | | | | Government Witness-Kevin Hoyland-Sworn 11/18/21 |
| | | | | | Gov't Witness-Michael Lane-sworn 11/18/21 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages